1920. Affirmed. Opinion filed March 7, 1922. *Certiorari* denied by Supreme Court (making opinion final).

John A. Bloomingston, for appellant. Lynn & Hallam, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Marquette Construction Company, appellee, v. John A. Connelly, trading as Thomas Connelly, appellant. Gen. No. 26,480.**

Motion to correct a record to show that a petition by defendant was dismissed for want of prosecution. Motion granted. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed March 7, 1922.

Edward J. Carmody and Sabath, Stafford & Sabath, for appellant; Edward J. Carmody and Thomas M. Zasadil, Jr., of counsel. Herbert A. Schryver, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Elzy A. Garard, appellant, v. City of Chicago, appellee. Gen. No. 26,494.**

Action for damages for personal injuries received upon one of defendant's streets. Judgment for defendant upon a directed verdict. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 7, 1922.

Edward J. Kelley, for appellant. Samuel A. Ettelson and William H. Devenish, for appellee; Harry W. Starr, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Emma M. O'Brien, appellee, v. Thomas F. O'Brien and Elizabeth D. O'Brien, appellants. Gen. No. 26,522.**

Bill in the nature of a bill of review to vacate an order of dismissal and to reinstate a case for further proceeding. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in this court at the October term, 1920. Appeal dismissed. Opinion filed March 7, 1922.

James B. Heffernan, for appellants. Alden, Latham & Young, for appellee; Charles Martin, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Aetna Insurance Company, appellee, v. Maurice Woolman & Company, appellant. Gen. No. 26,549.**

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

Abraham Greenfield, for appellant; Edward B. Zahn, of counsel. Charles B. Obermeyer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.